UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

         -against-

                                        NOTICE OF APPEARANCE
ANDRES FELIPE MARIN SILVA,                  4: 24 Cr. 195 (SDJ)

                        Defendant.
-------------------------------------------------------------------X

## DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

*TO THE HONORABLE JUDGE JORDAN*:

Now comes Andres Felipe Marin Silva, Defendant, and brings this Unopposed Motion to Substitute Counsel, requesting the Court grant permission for Hilda Morales Hahn to withdraw and to substitute Alexei Schacht as attorney of record for Defendant in this cause, and in support thereof would show:

1.     I, Alexei Schacht am authorized to substitute for prior counsel Hilda Morales Hahn. I am filing my Notice of Appearance  simultaneously with this motion.

2.     Andres Felipe Marin Silva has approved this substitution of counsel.

Date:  New York, New York
       March 25, 2026

                                       Respectfully submitted,

                                   */s/ Alexei Schacht*
                                _____
                                 Alexei Schacht

                                 Attorney at Law
                                 123 West 94th Street,
                                 New York, New York 10025
                                 Tel: 646-729-8180
                                 Fax: 212-504-8341
                                 alexei@schachtlaw.net

1

CERTIFICATE OF SERVICE

A copy of this pleading was provided to the United States Attorney on March 24, 2026 via CM/ECF.

/s/ Alexei Schacht

_____

Alexei Schacht

2